JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CABN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-02-30272 EMC |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| MINH TU DUONG A.K.A. RANDY DUONG, | (San Francisco Venue) |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

The complaint was authorized by the Honorable Joseph C. Spero on September 4, 2002. At that time, the defendant was a fugitive wanted on homicide charges in the City and County of San Francisco, California. Subsequently, he was arrested and prosecuted for these same charges. Accordingly, the United States requests that the complaint in this matter be dismissed and that

// //

// //

NOTICE OF DISMISSAL (CR 3-02-30272 EMC )

the accompanying arrest warrant be quashed.

DATED: 4-18-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

Leave is granted to the government to dismiss the complaint. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 4-22-08

~~MARILYN HALL PATEL~~
~~United States District Judge~~
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

2